ALFRED GREBBIN v. MARY SHAFER *et al.*

No. 12,932.   (71 Pac. 1126.)

Error from Harper district court; P. B. GILLETT, judge. Opinion filed February 7, 1903.   Reversed.

*Fred. Washbon,* and *Harrie M. Humphreys,* for plaintiff in error.

· · *J. D. Bradley,* for defendants in error.

*Per Curiam:*  The judgment of the court is reversed and a new trial ordered on the authority of *Jackson v.*

*Longwell*, 63 Kan. 93, 64 Pac. 991; *Skinner v. Moore*, 64 id. 360, 67 Pac. 827; *Fuller v. McMahan*, 64 id. 441, 67 Pac. 828; *Securities Co. v. Manwarren*, 64 id. 636, 68 Pac. 68; *Perry v. Horack*, 63 id. 88, 64 Pac. 990.